UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **Elijah Williams**<br><br>*Plaintiff*,<br><br>v.<br><br>**Experian Information Solutions, Inc.,**<br><br>*Defendant*. | Case Number: _____<br><br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Elijah Williams ("**Mr. Williams**"), by and through his attorneys, Seraph Legal, P.A., and complains of the Defendant, Experian Information Solutions, Inc. ("**Experian**"), stating as follows:

### PRELIMINARY STATEMENT

1. This is an action brought by Mr. Williams against the Defendant for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* ("**FCRA**").

### JURISDICTION AND VENUE

2. Subject matter jurisdiction arises under the FCRA, 15 U.S.C. § 1681p, and 28 U.S.C. § 1331.

3. Experian is subject to the provisions of the FCRA and is subject to the jurisdiction of this Court pursuant to § 48.193, Fla. Stat., and Fed. R. Civ. P. 4(k).

4. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1391(b)(2) because the acts complained of were committed and / or caused by the Defendants within Polk County, which is in the Middle District of Florida.

## PARTIES

5. Mr. Williams is a natural person residing in the City of Tampa, Hillsborough County, Florida.

6. Mr. Williams is a *Consumer* as defined by the FCRA, 15 U.S.C. § 1681a(c).

7. Experian is an Ohio corporation, with a primary business address of 475 Anton Boulevard, Costa Mesa, CA 92626.

8. Experian is registered to conduct business in the State of Florida, where its Registered Agent is CT Corporation System, 1200 South Pine Island Rd., Plantation, FL 33324.

9. Experian is a nationwide Consumer Reporting Agency ("**CRA**") within the meaning of the FCRA, 15 U.S.C. § 1681a(f), in that it, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and uses various means of interstate commerce for the purpose of

preparing or furnishing consumer reports, specifically including mail and telephone communications.

## FACTUAL ALLEGATIONS

### Experian Reports Blatantly-False 'Date of Status'

10. Around April 2015, Child Support Enforcement in Tallahassee, FL reported to Experian that Mr. Williams was supposedly in arrears on child support payments.

11. At all times relevant, Mr. Williams was making payments toward this obligation.

12. Due to significant and considerable flaws in Experian's automated systems – flaws which have gone unfixed for at least a decade—every new monthly report furnished by Child Support Enforcement created a purportedly new "date of status," as well as a new "date first reported."

13. For example, in July 2023, Mr. Williams' Experian report shows the account status was "collection," last reported in June 2023, with a "date of status" and "date first reported" of June 2023. **SEE PLAINTIFF'S EXHIBIT A.**

14. Every month after this, when Child Support Enforcement reported new information, systemic flaws in Experian's automated systems somehow

automatically updated the "date of status" and "date first reported" to whatever the current month was.

15. In June 2023, Mr. Williams' Experian report then showed the same account last reported on June 10, 2023, with a May 2023 "date of status," and that the "date first reported" was May 2023. **SEE PLAINTIFF'S EXHIBIT B.**

16. The "date of status" indicates when the account achieved the status which it currently reflects, e.g. "collection account."

17. Mr. Williams' Experian report from September 5, 2023 shows the same account now reported with an August 2023 "date of status," and that the "date first reported" was August 2023. **SEE PLAINTIFF'S EXHIBIT C.**

18. In the instant matter, Child Support Enforcement alleged the account became a "collection account" in April 2019 and, as of November 2023, it retains the same status – "collection."

19. Thus, the account should reflect an April 2019 "date of status."

20. As is virtually axiomatic, the date an account is first reported is not something which is subject to change; yet, the same flaw which causes the "date of status" to erroneously update monthly also causes the "date first reported" to update monthly.

**Experian is Fully Aware of This Recurring Problem but Does Nothing.**

21. This flaw is well-known to Experian and is not limited only to Child Support tradelines; as but one example, 2.1 million consumers were affected by the exact same flaw which caused medical debts reported by Heathcare Revenue Recovery Group to erroneously update the date of status monthly to the current date. See *Omar Santos et. al vs. Experian Information Solutions et. al*, No. 22-11187, at 4, (11th Cir. 2023).[1]

22. In the case of the 2.1 million Heathcare Revenue Recovery Group tradelines, the error went on for a year-and-a-half before Experian noticed the issue; when discovered, Experian employees "worried about the impact it would have on credit scores, consumer disputes, and automated Experian reporting products." *Id.*

23. Credit scores can "be affected by how long an account has been in collection—with more recent collection accounts having a greater negative impact." *Id.*, at 4-5.

24. Despite being aware of this issue – and, indeed, Experian's employees "worrying" about the impact to consumer's credit scores – Experian still has not fixed this issue and continues, as of the day of this filing, to sell reports it knows

---

[1] OPINION OF THE COURT, *Omar Santos et. al vs. Experian Information Solutions et. al*, No. 22-11187, (11th Cir. 2023). https://law.justia.com/cases/federal/appellate-courts/ca11/22-11187/22-11187-2023-11-06.html (accessed November 30, 2023).

have obvious and clear flaws in them due to the erroneous automatic updating of the Date of Status monthly on particular tradelines.

25. By including information Experian knew was false and by not fixing a broken system Experian was well aware generated false information and for which its employees admit "worrying" about causing impacts to credit scores, Experian failed to use reasonable procedures when preparing the credit reports sold to each creditor and potential creditor of Mr. Williams which Experian sold reports to.

26. Experian has sold at least 12 reports containing these false "Date of Status" to myriad creditors, and potential creditors, of Mr. Williams, resulting in substantially lower credit scores reflected due to Experian's false and unwarranted "re-aging" of the debt.

27. Mr. Williams has also suffered damage to his reputation.

28. Mr. Williams has thus suffered a concrete injury; disclosing inaccurate information to third-party businesses is also sufficient to establish a concrete injury. *TransUnion LLC v. Ramirez,* 141 S. Ct. 2190, 2212-13 (2021).

29. Mr. Williams has hired this law firm to represent him in this matter and has assigned the firm his right to fees and costs.

## COUNT I
## EXPERIAN'S VIOLATIONS OF THE FCRA-15 U.S.C. § 1681e(b)

30. Mr. Williams adopts and incorporates paragraphs 1 – 29 as if fully stated herein.

31. Experian violated **15 U.S.C. § 1681e(b)** when it failed to follow reasonable procedures to assure maximum possible accuracy of consumer reports sold regarding Mr. Williams when Experian sold at least **12 reports** which contained the Child Support tradeline with wildly-false Dates of Status, a problem Experian was aware of but elected not to fix.

32. Experian's conduct was willful and intentional, or, alternately, was done with reckless disregard for its duties under the FCRA to provide reports with maximum possible accuracy, and its policies could reasonably be foreseen to cause harm to Mr. Williams.

33. As a result of its conduct, Experian is liable to Mr. Williams pursuant to the FCRA for the greater of Mr. Williams' actual damages or statutory damages of up to $1,000 for *each occurrence*, per 15 U.S.C. § 1681n.

34. Alternatively, Experian's conduct was the result of negligence and Experian is liable to Mr. Williams for his actual damages per 15 U.S.C. § 1681o.

**WHEREFORE,** Mr. Williams respectfully requests this Honorable Court enter judgment against Experian for:

a. The greater of Mr. Williams' actual damages or statutory damages of **$1,000** per incident, pursuant to 15 U.S.C. § 1681n(a)(1), or Mr. Williams' actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

b. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

c. Injunctive relief in the form of removing the false SSN variations, and notifying the third parties which received the inaccurate information of Experian's mistake. Plaintiff also requests a free, corrected report be sent to each third party.

d. Reasonable costs and attorneys' fees pursuant to pursuant to 15 U.S.C. §1681n(a)(3); and,

e. Such other relief that this Court deems just and proper.

**JURY TRIAL DEMANDED**

Mr. Williams hereby demands a trial by jury on all issues so triable.

Respectfully submitted on **November 30, 2023**, by:

**SERAPH LEGAL, P. A.**

/s/ *Alexander J. Wilde*
Alexander J. Wilde, Esq.
Florida Bar No.: 1035431
AWilde@SeraphLegal.com
Tel: 813-433-1010
/s/ *Thomas M. Bonan*
Thomas M. Bonan, Esq.
Florida Bar No.: 118103
TBonan@SeraphLegal.com
Tel: 813-321-2349
1614 North 19th Street
Tampa, FL 33605
Fax: 855-500-0705
*Attorneys for Plaintiff*

**EXHIBIT LIST**

A    Plaintiff's Experian Consumer Disclosure, July 4, 2023, Child Support Tradeline – Excerpt
B    Plaintiff's Experian Consumer Disclosure, June 2, 2023, Child Support Tradeline – Excerpt
C    Plaintiff's Experian Consumer Disclosure, September 5, 2023, Child Support Tradeline - Excerpt

# PLAINTIFF'S EXHIBIT A
## Plaintiff's Experian Consumer Disclosure, July 4, 2023
## Child Support Tradeline – Excerpt



# PLAINTIFF'S EXHIBIT A
## Plaintiff's Experian Consumer Disclosure, July 4, 2023
## Child Support Tradeline – Excerpt



# PLAINTIFF'S EXHIBIT A
## Plaintiff's Experian Consumer Disclosure, July 4, 2023
## Child Support Tradeline – Excerpt



7/4/23, 12:24 PM                                        Experian - Access your credit report

2023
Jun
C

Collection as of Jun 2023

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
May 2023: $10,316 / May 12, 2023 / No data / No data
Apr 2023: $10,879 / Sep 13, 2022 / No data / No data
Mar 2023: $10,587 / Sep 13, 2022 / No data / No data
Feb 2023: $10,294 / Sep 13, 2022 / No data / No data
Jan 2023: $10,002 / Sep 13, 2022 / No data / No data
Nov 2022: $9,418 / Sep 13, 2022 / No data / No data
Oct 2022: $9,126 / Sep 13, 2022 / No data / $161
Sep 2022: $8,996 / Aug 30, 2022 / No data / $485
Aug 2022: $9,027 / Aug 02, 2022 / No data / $323
Jul 2022: $9,059 / Jul 06, 2022 / No data / No data
Jun 2022: $8,928 / Nov 17, 2021 / No data / No data
May 2022: $8,636 / Nov 17, 2021 / No data / No data
Apr 2022: $8,344 / Nov 17, 2021 / No data / No data
Mar 2022: $8,052 / Nov 17, 2021 / No data / No data
Feb 2022: $7,760 / Nov 17, 2021 / No data / No data
Jan 2022: $7,468 / Nov 17, 2021 / No data / No data
Dec 2021: $7,176 / Nov 17, 2021 / No data / $351
Nov 2021: $7,235 / Oct 19, 2021 / No data / $351
Oct 2021: $7,293 / Jun 23, 2021 / No data / No data
Sep 2021: $7,001 / Jun 23, 2021 / No data / No data
Aug 2021: $6,709 / Jun 23, 2021 / No data / No data
Jul 2021: $6,417 / Jun 23, 2021 / No data / $1,262

Page 12 of 17

# PLAINTIFF'S EXHIBIT B
### Plaintiff's Experian Consumer Disclosure, June 2, 2023
### Child Support Tradeline – Excerpt



# PLAINTIFF'S EXHIBIT B
## Plaintiff's Experian Consumer Disclosure, June 2, 2023
## Child Support Tradeline – Excerpt



# PLAINTIFF'S EXHIBIT C
## Plaintiff's Experian Consumer Disclosure, June 2, 2023
## Child Support Tradeline – Excerpt

ELIJAH WILLIAMS | Report number ▮ September 05, 2023 | Print | Close window

**Print your report**

Below is all the information currently in your credit report. The payment history guide and common questions will help explain your credit information. Print this page or write down your report number for future access.

**Address**
Experian
P.O. Box 9701 Allen, TX 75013

Any pending disputes will be highlighted below.

Personal Information

Name(s) associated with your credit

Identification number

Address(es) associated with your credit

| Address | Address identification | Residence type | Geographical code |
|---|---|---|---|

# PLAINTIFF'S EXHIBIT C
## Plaintiff's Experian Consumer Disclosure, June 2, 2023
## Child Support Tradeline – Excerpt



# PLAINTIFF'S EXHIBIT C
## Plaintiff's Experian Consumer Disclosure, June 2, 2023
## Child Support Tradeline – Excerpt



C

Collection as of Aug 2023

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Jul 2023: $10,219 / Jul 11, 2023 / No data / $220
Jun 2023: $10,168 / May 30, 2023 / No data / $1,295
May 2023: $10,316 / May 12, 2023 / No data / No data
Apr 2023: $10,879 / Sep 13, 2022 / No data / No data
Mar 2023: $10,587 / Sep 13, 2022 / No data / No data
Feb 2023: $10,294 / Sep 13, 2022 / No data / No data
Jan 2023: $10,002 / Sep 13, 2022 / No data / No data
Nov 2022: $9,418 / Sep 13, 2022 / No data / No data
Oct 2022: $9,126 / Sep 13, 2022 / No data / $161
Sep 2022: $8,996 / Aug 30, 2022 / No data / $485
Aug 2022: $9,027 / Aug 02, 2022 / No data / $323
Jul 2022: $9,059 / Jul 06, 2022 / No data / No data
Jun 2022: $8,928 / Nov 17, 2021 / No data / No data
May 2022: $8,636 / Nov 17, 2021 / No data / No data
Apr 2022: $8,344 / Nov 17, 2021 / No data / No data
Mar 2022: $8,052 / Nov 17, 2021 / No data / No data
Feb 2022: $7,760 / Nov 17, 2021 / No data / No data
Jan 2022: $7,468 / Nov 17, 2021 / No data / No data
Dec 2021: $7,176 / Nov 17, 2021 / No data / $351
Nov 2021: $7,235 / Oct 19, 2021 / No data / $351
Oct 2021: $7,293 / Jun 23, 2021 / No data / No data
Sep 2021: $7,001 / Jun 23, 2021 / No data / No data