**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Elijah Williams,**

Plaintiff,

Case Number:**8:23-cv-02741-CEH-TGW**

v.

**Experian Information Solutions, Inc.,**

Defendants.
______________________________________/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09, Plaintiff hereby notifies this Court that the Parties reached a settlement as to all claims.

The Parties reached a settlement shortly before mediation, and undersigned counsel for the Plaintiff inadvertently didn't complete the filing of this notice in a timely manner. It was an error solely on the part of Plaintiff's counsel, for which he apologizes to this Court.

Respectfully submitted September 11, 2024,

*/s/ Thomas M. Bonan*
Thomas M. Bonan
FL Bar # 118103
SERAPH LEGAL, P. A.
2124 W Kennedy Blvd. Suite A
Tampa, FL 33606

Tel: 813-321-2347
Fax: 855-500-0705
tbonan@seraphlegal.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103